**FILED**
NOV 1 9 2012
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DEBORAH DIANE FLETCHER,       )
                              )
            Plaintiff,        )
                              )
      v.                      )   Civil Action No. **12 1879**
                              )
AVENTURA HOSPITAL AND         )
MEDICAL CENTER, *et al.*,     )
                              )
            Defendants.       )

## MEMORANDUM OPINION

The plaintiff has filed an application to proceed *in forma pauperis* and a *pro se* complaint. The application will be granted, and the complaint will be dismissed.

"This is a Medical Malpractice and sue case," Compl. at 2 (page number designated by the Court), against a nursing home in Florida. Federal district courts have jurisdiction in civil actions arising under the Constitution, laws or treaties of the United States. *See* 28 U.S.C. § 1331. In addition, federal district courts have jurisdiction over civil actions where the matter in controversy exceeds $75,000, and the suit is between citizens of different states. *See* 28 U.S.C. § 1332(a). This complaint sets forth no federal question. Although the parties appear to be citizens of different states, the complaint makes no demand for damages, and the Court is unable to determine whether the matter in controversy exceeds the $75,000 threshold. Accordingly, the Court will dismiss this action for lack of subject matter jurisdiction. An Order consistent with this Memorandum Opinion is issued separately.

DATE: October 28, 2012

_____
United States District Judge